# United States District Court

**E-FILING**

| NORTHERN | DISTRICT OF | CALIFORNIA |

FILED
2008 FEB 20 P 1:52
RICHARD W. WIEKING
CLERK
US DISTRICT COURT

UNITED STATES OF AMERICA

V.

Pedro HERNANDEZ-Camacho
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

**08-70092 PVT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, **February 13, 2008**, in **Santa Cruz County** in the **Northern** District of **California** defendant(s) was, (Track Statutory Language of Offense)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following
Official Title
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty (20) years imprisonment, $100.00 special assessment fee, and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

**2/20/08** at **San Jose, California**
Date                                  City and State

Patricia V. Trumbull
United States Magistrate Judge
Name & Title of Judicial Officer                Signature of Judicial Officer

**RE:**   HERNANDEZ-Camacho, Pedro A34 616 439

I am a Deportation Officer of the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) and have been employed since July 7, 1997. I am currently assigned to the Criminal Alien Program (CAP) Unit of the San Jose Sub-Office. In such capacity, I have reviewed the official file relating to the above named individual, which attests to the following:

(1)   Mr. HERNANDEZ-Camacho is a 48-year-old male who has used seventeen (17) aliases and three (3) dates of birth in the past.

(2)   Mr. HERNANDEZ-Camacho has been assigned one (1) Alien Registration number of A34 616 439, FBI number of 202312V4, California Criminal Information Index number of A06513075, and a California Department of Corrections number P15381.

(3)   Mr. HERNANDEZ-Camacho is a native of Mexico and a citizen of Mexico since birth. A check through official records shows that he was arrested and deported on one (1) occasion from the United States:

| **DATE** | **PLACE OF DEPORTATION** |
|---|---|
| December 15, 1999 | Calexico, CA |

(4)   Mr. HERNANDEZ-Camacho last entered the United States at or near Calexico, CA on or after December 15, 1999, by crossing the international border without inspection subsequent to deportation.

(5)   Mr. HERNANDEZ-Camacho on a date unknown, but no later than February 13, 2008, in Santa Cruz County in the Northern District of California, was found to be unlawfully present in the United States, after prior arrests and deportations, without the permission of the Attorney General or the Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326. On February 15, 2008, Mr. HERNANDEZ-Camacho was interviewed by Immigration Enforcement Agent (IEA) Joshua Arambulo at the San ICE Office, San Jose, CA, and during that interview, Mr. HERNANDEZ-Camacho was advised of his **Miranda** rights in English. Mr. HERNANDEZ-Camacho waived his **Miranda** rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States.

**RE:**   HERNANDEZ-Camacho, Pedro A34 616 439

(6)   Mr. HERNANDEZ-Camacho was, on March 23, 1990, convicted in the Superior Court of California, in and for the County of Santa Cruz, for the offense of INFLICT CORPORAL INJURY TO SPOUSE/COHABITANT, a misdemeanor, in violation of Section 273.5 of the California Penal Code, and was sentenced to thirty (30) days in jail.

(7)   Mr. HERNANDEZ-Camacho was, on December 11, 1992, convicted in the Superior Court of California, in and for the County of Santa Cruz, for the offense of INFLICT CORPORAL INJURY TO SPOUSE/COHABITANT, a misdemeanor, in violation of Section 273.5 of the California Penal Code, and was sentenced to forty-five (45) days in jail.

(8)   Mr. HERNANDEZ-Camacho was, on April 17, 1997, convicted in the Superior Court of California, in and for the County of San Benito, for the offense of POSSESSION OF CONTROLLED SUBSTANCE, a felony, in violation of Section 11350(a) of the California Health and Safety Code, and was sentenced to two (2) years in prison.

(9)   Mr. HERNANDEZ-Camacho was, on October 9, 1998, convicted in the Superior Court of California, in and for the County of Santa Cruz, for the offense of POSSESSION FOR SALE OF METHAMPHETAMINE, an aggravated felony, in violation of Section 11378 of the California Health and Safety Code, and was sentenced to two (2) years in prison.

(10)   On the basis of the above information, there is probable cause to believe that Mr. HERNANDEZ-Camacho illegally re-entered the United States, in violation of Title 8, United States Code, Section 1326.

Trong Q. Nguyen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 20 day of February, 2008

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE